UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:14-cr-00046-D

v.

ORDER TO SEAL

MICHAEL JOSEPH PLOCAR,

    Defendant.

_____/

    Upon motion of the Defendant, it is hereby ORDERED that the Document Number 38 in the above-captioned case be sealed.

    This the __3__ day of ____March____, 2015.

                                                    CHIEF U.S. DISTRICT JUDGE JAMES C. DEVER, III