UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.

MICHAEL JOSEPH PLOCAR,

        Defendant.

_____/

Cr. No. 5:14-cr-00046-D

ORDER

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 44 in the above-captioned case be sealed.

This the  6  day of May, 2015.

_____
CHIEF U.S. DISTRICT JUDGE JAMES C. DEVER, III