UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-00046-D-1

UNITED STATES OF AMERICA

v.

MICHAEL JOSEPH PLOCAR

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Modify the Conditions of Supervised Release, the Motion is hereby GRANTED and the conditions of supervised release are hereby modified such that Defendant is allowed to travel internationally to Germany from November 1 through November 13, 2021. Defendant is directed to comply with all directives from U.S. Probation with regard to providing specific information as to his travel itinerary.

This the 29 day of July, 2021.

HON. JAMES C. DEVER III
U.S. DISTRICT JUDGE